FILE FOR RECORD
Recording prepared
and requested by:
**robert:saidov**
When Recorded Mail to:
robert:saidov
c/o Non-Domestic
**10534 65th Road ,
Forest Hills, New York**
Zip Code Exempt DMM A010.1.2
I am not PRO SE
NON-RESIDENT
I am not PUBLIC OFFICIAL

*sui juris*

**UNITED STATES DISTRICT COURT**
for the
Eastern District of New York

State Farm Mutual Automobile Insurance Company, )
and State Farm Fire and Casualty Company,    )
                                              )
       Plaintiff(s)           ) Civil Action No.  1:18-cv-02414-PKC-ST
                              )
         v.                   ) **CLAIM OF CRIMINAL COMPLAINT**
                              )
Valuecare Pharmacy, Inc.,
Robert Saidov, R.Ph., and                     )
Ellen Sue Ginsberg, D.O.                      )
       Defendants(s)

---

(plus attachments)          Hon. Steven L. Tiscione, United States District Court Judge for the
Eastern District of New York ,CLAIM OF CRIMINAL COMPLAINT  062818
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.------------------------------------------------------------------------------------------------------Title Holder robert:saidov
With the
Copy-Claim

robert:saidov<br>
c/o Non-Domestic<br>
10534 65th Road ,<br>
Forest Hills, New York<br>
Zip Code Exempt DMM A010.1.2

June 26, 2018

Jeff Sessions, *in esse*, d/b/a JEFF SESSIONS,
ATTORNEY GENERAL OF THE UNITED STATES,
OFFICE OF THE ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001,
supervisors, heirs, agents and assigns
Sent via United States Postal Service® REGISTERED MAIL™ RE 588 182 247 US

RE: CRIMINAL COMPLAINT – Steven L. Tiscione, *in esse*, d/b/a JUDGE STEVEN L. TISCIONE, COURTROOM N504 and Pamela K. Chen, *in esse*, d/b/a JUDGE PAMELA K. CHEN COURTROOM 4F, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK, 225 CADMAN PLAZA EAST, BROOKLYN, NY 11201, NEW YORK, supervisors, heirs, agents and assigns

## CLAIM OF CRIMINAL COMPLAINT

**DATE(S):**

Unknown to June 26, 2018

**SUSPECT(S) NAME(S):**

Steven L. Tiscione, *in esse*, d/b/a JUDGE STEVEN L. TISCIONE, COURTROOM N504 and Pamela K. Chen, *in esse*, d/b/a JUDGE PAMELA K. CHEN COURTROOM 4F, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK, 225 CADMAN PLAZA EAST, BROOKLYN, NY 11201, supervisors, heirs, agents and assigns

**LAST KNOWN ADDRESS:**

COURTROOM N504 AND 4F, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK, 225 CADMAN PLAZA EAST, BROOKLYN, NY 11201

**TYPE OF CRIME:**

(plus attachments)                          Hon. Steven L. Tiscione, United States District Court Judge for the
Eastern District of New York ,CLAIM OF CRIMINAL COMPLAINT  062818
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.----------------------------------------------------------------------------------------------------Title Holder robert:saidov
With the
Copy-Claim

False Personation of a public officer or federal official, Impersonation of a public officer or federal official

**1469. False Personation -- Purpose Of The Statute**
*The legislative history of 18 U.S.C. § 912 indicates a Congressional intent to punish persons who falsely represent themselves as officers or employees of the United States. In construing 18 U.S.C. § 912 and its predecessors, the courts generally have ascribed a twofold purpose to the statute: to protect innocent persons against fraud and to preserve the dignity and good repute of the federal service. See United States v. Lepowitch, 318 U.S. 702, 704 (1943); United States v. Barnow, 239 U.S. 74, 80 (1915); Honea v. United States, 344 F.2d 798, 803 (5th Cir. 1965). The gist of the offense, however, is the false personation of federal officers. See Lamar v. United States, 240 U.S. 60, 65 (1916); United States v. Robbins, 613 F.2d 688 (8th Cir. 1979). [cited in USAM 9-64.300]*

**18 U.S. Code § 912 - Officer or employee of the United States**
*Whoever falsely assumes or pretends to be an officer or employee acting under the authority of the United States or any department, agency or officer thereof, and acts as such, or in such pretended character demands or obtains any money, paper, document, or thing of value, shall be fined under this title or imprisoned not more than three years, or both.*
*(June 25, 1948, ch. 645, 62 Stat. 742; Pub. L. 103–322, title XXXIII, § 330016(1)(H), Sept. 13, 1994, 108 Stat. 2147.)*

## INCIDENT(S) REPORT – BRIEF DESCRIPTION OF SUSPECTED CRIMINAL ACTIVITY:

On the afternoon of June 21, 2018, at approximately 2:07 P.M., while depositing documents re Case # 1:18-cv-02414-PKC-ST at the Clerk of the Court's office, United States District Court For The Eastern District Of New York, 225 Cadman Plaza East, Brooklyn, Ny 11201 New York, I requested from the window Deputy clerk of the Court Ralph Vega Jr. an embossed (with court seal) for the lifetime of the term Oath of Office for Judge Steven L. Tiscione ("Tiscione"), and Judge Pamela K. Chen ("Chen") alleged judges of said case. The window clerk that I must arrangements for request the oath in writing from Douglas Palmer Clerk Of The Court United States District Court For The Eastern District Of New York despite of my arguments that I had the right to verify Oath of Office it now. Deputy clerk Ralph Vega Jr refused and insisted that I make the request in writing.

That same day of June 21, 2018, at approximately 3:11 P.M., I came with a written request (see attached) for oath of office and demanded again to verify Oath of Office now. And again Deputy clerk Ralph Vega Jr. told me that I cannot verify the Oath of Office now, and that Douglas Palmer Clerk Of The Court is busy, and does not have time right now. I also asked for the phone number of Douglas Palmer Clerk Of The Court, and I was told by Deputy clerk Ralph Vega Jr. he has a phone number but he is not going to respond. Deputy clerk Ralph Vega Jr. asked for my phone number and said that Douglas Palmer Clerk Of The Court will call me.

(plus attachments)      Hon. Steven L. Tiscione, United States District Court Judge for the Eastern District of New York ,CLAIM OF CRIMINAL COMPLAINT 062818

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.----------------------------------------------------------------------------------------------------------------------------Title Holder robert:saidov

Copy-Claim     With the

On June 25, 2018, at 2:28 P.M., I contacted the Clerk of the Court's Office Of The Court United States District Court For The Eastern District Of New York at 718-613-2665 and left a message with Deputy clerk Ralph Vega Jr., and did not receive a call back.

On June 26, 2018 I received a letter (see attached) from Deputy clerk of the Court Ralph Vega Jr. advising me "that the Clerk's Office does not have the mechanism to provide the public with what is being requested."

I did not find Oath of Office for Judge Steven L. Tiscione, and Judge Pamela K. Chen in the Clerk of the Court's office, United States District Court For The Eastern District Of New York, 225 Cadman Plaza East, Brooklyn, Ny 11201, New York, and I believe no such oath exists;

See 28 U.S. Code § 453 - Oaths of justices and judges:
*Each justice or judge of the United States shall take the following oath or affirmation before performing the duties of his office: "I, ___ ___, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as ___ under the Constitution and laws of the United States. So help me God."*
*(June 25, 1948, ch. 646, 62 Stat. 907; Pub. L. 101–650, title IV, § 404, Dec. 1, 1990, 104 Stat. 5124.)*

2. I filed a motion for a declaratory judgment on the select issue of counsel, however, Judge Steven L. Tiscione and/or Pamela K. Chen requiring me to maintain an attorney on my case. The Constitution of the United States guarantees benefit of assistance of counsel and prohibits compelling to contract and That no statute, rule, or law deprives an individual appearing in a civil case of choosing whomever they wish as counsel without regard to purported credentials justly requires informing all parties to this action that robert:saidov is Constitutionally endowed with the right to assistance of counsel without question.

FIRST PROPOSITION: The Federal District Court, meaning Federal District Judge, is of limited jurisdiction and may exercise jurisdiction only when specifically authorized to do so.

SECOND PROPOSITION: The Federal District Court wants subject matter jurisdiction to compel individuals in a federal civil suit to contract with a so-called licensed bar attorney. No statute, rule or law empowers the Federal District Court to voir dire a person providing assistance of counsel for individuals appearing in a federal civil case.

(plus attachments)                                  Hon. Steven L. Tiscione, United States District Court Judge for the
Eastern District of New York ,CLAIM OF CRIMINAL COMPLAINT 062818
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.--------------------------------------------------------------------------------------------------------Title Holder robert:saidov
                                                                                                                                                                With the
Copy-Claim

THIRD PROPOSITION: The American Bar Association and its constituent organizations such as the New York Bar Associations are not creatures of statute meaning they are private business organizations and not authorized by Constitution or statue to exist or monopolized courts of the United States of America.

FOURTH PROPOSITION: A Federal District Court (federal judge or magistrate) who deprives an individual appearing in a civil hearing or trial based on belief or understanding that the person appearing for the purpose of providing assistance of counsel has violated the Federally Protected rights of the deprived as well as certain anti-trust laws.

**There are three (3) congressional mandates of who can walk into the courtroom:**

*USAM 3.2-110 The judiciary committee created in 1789, attorney general appointed by president of people who are learned in the law (not color of law) with the consent of Congress. They have right to enter in courtroom but must be learned in the law. Private Attorney general act 1866 to title 42 of 1988 gives me the authority to walk into and civil or criminal case.*

**Administrative Procedures Act senate bill 7 60 stat title 5 sec 237**

*What is the congressional mandate to Create the bar association that requires me to be a bar member, or for full act, see annexed file:*

**SEC. 6.** *Except as otherwise provided in this Act—*

> *(a) APPEARANCE.—Any person compelled to appear in person before any agency or representative thereof shall be accorded the right to be accompanied, represented, representative. Every party shall be accorded the right to appear in person or by or with counsel or other duly qualified representative in any agency proceeding. So far as the orderly conduct of public business permits, any interested person may appear before any agency or its responsible officers or employees for the presentation, adjustment, or determination of any issue, request, or controversy in any proceeding (interlocutory, summary, or otherwise) or in connection with any agency function. Every agency shall proceed with reasonable dispatch to conclude any matter presented to it except that due regard shall be had for the convenience and necessity of the parties or their representatives. Nothing herein shall be construed either to grant or to deny to any*

(plus attachments)                          Hon. Steven L. Tiscione, United States District Court Judge for the
Eastern District of New York ,CLAIM OF CRIMINAL COMPLAINT  062818
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.----------------------------------------------------------------------------------------------Title Holder robert:saidov
                                                                                                                                                                With the Copy-Claim

Page 5 of 6

*person who is not a lawyer the right to appear for or represent others before any agency or in any agency proceeding.*

**SEC. 10.** *Except so far as*

*(1) statutes preclude judicial review or*

*(2) agency action is by law committed to agency discretion—*

*(a) RIGHT OF REVIEW.—Any person suffering legal wrong because of any agency action, or adversely affected or aggrieved by such action within the meaning of any relevant statute, shall be entitled to judicial review thereof.*

*(b) FORM AND VENUE OF ACTION.—The form of proceeding for judicial review shall be any special statutory review proceeding relevant to the subject matter in any court specified by statute or, in the absence of inadequacy thereof, any applicable form of legal action (including actions for declaratory judgments or writs of prohibitory or mandatory injunction or habeas corpus) in any court of competent jurisdiction. Agency action shall be subject to judicial review in civil or criminal proceedings for judicial enforcement except to the extent that prior, adequate, and exclusive opportunity for such review is provided by law.*

*(c) REVIEWABLE ACTS.—Every agency action made reviewable by statute and every final agency action for which there is no other adequate remedy in any court shall be subject to judicial review. Any preliminary, procedural, or intermediate agency action or ruling not directly re-viewable shall be subject to review upon the review of the final agency action. Except as otherwise expressly required by statute, agency action otherwise final shall be final for the purposes of this subsection whether or not there has been presented or determine any application for a declaratory order, for any form of reconsideration, or (unless the agency otherwise requires by rule and pro vides that the action meanwhile shall be inoperative) for an appeal to superior agency authority.*

*(d) INTERIM RELIEF.—Pending judicial review any agency is authorized, where it finds that justice so requires, to postpone the effective date of any action taken by it. Upon such conditions as may be required and to the extent necessary to prevent irreparable injury, every reviewing court (including every court to which a case may be taken on appeal from or upon application for certiorari or other writ to a reviewing court) is authorized to issue all necessary and appropriate*

(plus attachments)                    Hon. Steven L. Tiscione, United States District Court Judge for the
Eastern District of New York ,CLAIM OF CRIMINAL COMPLAINT  062818
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.----------------------------------------------------------------------------------------------------------------------------Title Holder robert:saidov
                                                                                                                                                                With the Copy-Claim

Page 6 of 6

*process to postpone the effective date of any agency action or to preserve status or rights pending conclusion of the review proceedings.*

*(e) SCOPE OF REVIEW.—So far as necessary to decision and where presented the reviewing court shall decide all relevant questions of law, interpret constitutional and statutory provisions, and determine the meaning or applicability of the terms of any agency action. It shall*

> *(A) compel agency action unlawfully withheld or unreasonably delayed; and*
>
> *(B) hold unlawful and set aside agency action, findings, and conclusions found to be*
>
>> *(1) arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law;*
>>
>> *(2) contrary to constitutional right, power, privilege, or immunity;*
>>
>> *(3) in excess of statutory jurisdiction, authority, or limitations, or short of statutory right;*
>>
>> *(4) without observance of procedure required by law;*
>>
>> *(5) unsupported by substantial evidence in any case subject to the requirements of sections 7 and 8 or otherwise reviewed on the record of an agency hearing provided by statute; or*
>>
>> *(6) unwarranted by the facts to the extent that the facts are subject to trial de novo by the reviewing court. In making the foregoing determinations the court shall review the whole record or such portions thereof as may be cited by any party, and due account shall be taken of the rule of prejudicial error.*

(plus attachments)                    Hon. Steven L. Tiscione, United States District Court Judge for the
Eastern District of New York ,CLAIM OF CRIMINAL COMPLAINT  062818
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.---------------------------------------------------------------------------------------------------------------Title Holder robert:saidov
With the Copy-Claim

3. I also wanted to bring to your attention that Judge Steven L. Tiscione has a brother Frank P. Tiscione attorney partner for Rivkin Radler 926 RXR Plaza West Tower Uniondale, NY 11556-0926. Frank P. Tiscione referred Case # 1:18-cv-02414-PKC-ST to his brother Judge Steven L. Tiscione directly or through a different law firm: JONATHAN MARKS, ATTORNEY FOR PLAINTIFF, KATTEN MUCHIN ROSENMAN, LLP, 525 W MONROE STREET, CHICAGO, ILLINOIS 60661-3693 . Rivkin Radler are still handling my case.

I demand an investigation of the of Judge Steven L. Tiscione and his relationship with Rivkin Radler. See Code of Conduct for U.S. Judges, Canon 3: (a), (c) , and (d).

### Voir Dire of Federal Judge
### Code of Conduct for U.S. Judges, Canon 3:

A Judge Should Perform the Duties of Office Impartially and Diligently Code of Conduct for U.S. Judges
Canon 3: A Judge Should Perform the Duties of the Office Impartially and Diligently
C. Disqualification.
(1) A judge shall disqualify himself or herself in a proceeding in which the judge's impartiality might
　reasonably be questioned, including but not limited to instances in which:
*(a) the judge has a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding;*
(b) the judge served as lawyer in the matter in controversy, or a lawyer with whom the judge previously practiced law served during such association as a lawyer concerning the matter, or the judge or such lawyer has been a material witness;
*(c) the judge knows that the judge, individually or as a fiduciary, or the judge's spouse or minor child residing in the judge's household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be affected substantially by the outcome of the proceeding;*
*(d) the judge or the judge's spouse, or a person related to either within the third degree of relationship, or the spouse of such a person:*
(i) is a party to the proceeding, or an officer, director, or trustee of a party;
(ii) is acting as a lawyer in the proceeding;
(iii) is known by the judge to have an interest that could be substantially affected by the outcome of the proceeding; or
(iv) is to the judge's knowledge likely to be a material witness in the proceeding.
(e) the judge has served in governmental employment and in such capacity participated as counsel, advisor, or material witness concerning the proceeding or has expressed an opinion concerning the merits of the particular case in controversy.

(plus attachments)　　　　　　　　　　　　Hon. Steven L. Tiscione, United States District Court Judge for the Eastern District of New York ,CLAIM OF CRIMINAL COMPLAINT  062818

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.----------------------------------------------------------------------------------------------------------------Title Holder robert:saidov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　With the
Copy-Claim

(2) A judge should keep informed about the judge's personal and fiduciary financial interests, and make a reasonable effort to keep informed about the personal financial interests of the judge's spouse and minor children residing in the judge's household.

I attest that all facts and description of the events described herein have been presented to the best of my knowledge and belief and are intended to be true, complete, certain and not misleading.

Respectfully submitted without prejudice on this 26th day of June 2018 CE, pursuant to 28 USC 1746(1).

### ROBERT SAIDOV©, TRUSTEE OF TRUSTOR

**Debtor Signature**

By: _[signature]_

Certification Mark by: The Honorable robert:saidov©, Agent, Attorney-in-fact, Secured Party, ROBERT SAIDOV©, Plenipotentiary—JCA/PSASL- 527 63 0559, autographed in blue ink with Right living seal thumb print In red ink. Pursuant to: at Lee County Florida, and "The Law of Land Warfare" file #549875, book 3681, pages 3945-3949 and book 3681, pages 3956-3958, 3963-3964, and 3869-3970. Also applicable rule #74, 75, and 79 to knowingly communicate or correspond "without proper authority . . .""., ET AL.

I/We hold these truths/facts to be self—evident and that the facts/evidence that has/have been recorded, presented, mentioned above, and herein and throughout this 37 page C.A.T. is/are true, correct, complete, certain and not misleading to the best of our acknowledge, so help me/us Almighty God, Ex. 7:4,22:1—26, Lev. 25:23, Deut. 25:13—16, Isaiah 9:6, Matt. 5:33-37, Luke 2:49, Titus 1:10—16, but not limited to.... Caveat Emptus.

NOTARY

A notary public or other officer completing this certificate verifies only the identity of the individual

(plus attachments)                    Hon. Steven L. Tiscione, United States District Court Judge for the
Eastern District of New York ,CLAIM OF CRIMINAL COMPLAINT 062818

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.----------------------------------------------------------------------------------------------------------------Title Holder robert:saidov
With the
Copy-Claim

who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

## JURAT

county of Queens ]
] ss:
State of New York ]

On 28th day of June 2018 before me, _____
(insert name and title of the officer)
personally appeared _____Robert Saidov_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the State of Arizona that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

Signature _____
(Seal)

IGOR BORUKHOV
NOTARY PUBLIC, State of New York
No. 01BO6212516
Qualified in Queens County
Commission Expires 10/13/21

WITNESS _____
PRINT _Lazaro. A. Roche._

Cc: UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201, NEW YORK
*Sent via United States Postal Service® REGISTERED MAIL™ RE 588 182 255 US*

(plus attachments)    Hon. Steven L. Tiscione, United States District Court Judge for the
Eastern District of New York ,CLAIM OF CRIMINAL COMPLAINT 062818
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.------------------------------------------------------------------------------------------------------Title Holder robert:saidov
With the
Copy-Claim

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF NEW YORK
PRO SE OFFICE
U.S. COURTHOUSE
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

June 22, 2018

Robert Saidov
10534 65th Road
Forest Hills, NY 11375

Dear Mr. Saidov:

Your letter addressed to the Hon. Douglas C. Palmer, Clerk of the Court for the United States District Court for the Eastern District of New York, received on June 21, 2018, requesting a certified copy of the Oath of Office for U.S. District Judge Pamela K. Chen and U.S. Magistrate Judge Steven Tiscione was referred to the Pro Se Office for a response.

Kindly be advised that the Clerk's Office does not have the mechanism to provide the public with what is being requested.

Sincerely,

Ralph Vega, Jr.,
Pro Se Office