# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company, and State Farm Fire and Casualty Company, <br><br> Plaintiffs, <br><br> v. <br><br> Valuecare Pharmacy, Inc., <br> Robert Saidov, R.Ph., and <br> Ellen Sue Ginsberg, D.O. <br><br> Defendants. | Case No. 18-cv-2414 <br><br> NOTICE OF ATTORNEY WITHDRAWAL |

PLEASE TAKE NOTICE that Patrick C. Harrigan of Katten Muchin Rosenman, LLP hereby withdraws his appearance as counsel for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire & Casualty Company in the above-captioned action. All other previously appearing counsel from Katten Muchin Rosenman, LLP will continue to serve as counsel for Plaintiffs in this action.

Dated:  August 30, 2019
        New York, New York

Respectfully submitted,

/s/ Patrick C. Harrigan
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe
Chicago, Illinois 60661-3693
Telephone: 312.902.5200

*Attorneys for Plaintiffs State Farm Mutual Automobile Insurance Co. and State Farm Fire & Casualty Company*